# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES H. DONALDSON

NO. 2021 KW 0591

**JULY 30, 2021**

---

In Re: James H. Donaldson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 481,768.

---

**BEFORE: THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT